FILED10 APR '18 13:08USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

UNITED STATES OF AMERICA

v.

JAMES KEENAN,

        **Defendant.**

3:18-CR-00145-SI

ORDER TO UNSEAL

This matter having come before the Court upon the Government's Motion for an order unsealing the criminal case, arrest warrant, and indictment, and it appearing that the motion has been made in good faith, the Court finds that it is in the interests of justice to unseal the materials;

///

///

///

**ORDER TO SEAL**          **Page 1**

IT IS HEREBY ORDERED THAT the above referenced criminal case and indictment, as well as the government's motion to unseal, are unsealed.

DATED this __10th__ day of April 2018.

_____
HONORABLE STACIE F. BECKERMAN
United States Magistrate Court Judge

Presented by:

BILLY J. WILLIAMS, OSB # 901366
United States Attorney
District of Oregon

_____
SCOTT M. KERIN, OSB # 965128
Assistant United States Attorney